**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRENCE DAVIS,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **15-429** |
| **STEVEN GLUNT,** | : | |
| | : | |
| **Respondent.** | : | |

## <u>ORDER</u>

**AND NOW**, this 4th day of May 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of Magistrate Judge Lynne Sitarski's report and recommendation (doc. no. 5), to which no timely objection has been made, **IT IS HEREBY ORDERED** that:

1.      The report and recommendation is **APPROVED** and  **ADOPTED**.[1]

2.      The petition for writ of habeas corpus is **DISMISSED without prejudice**.

3.      Petitioner's motion to stay and hold this matter in abeyance, doc. no. 4, is **DENIED**.

4.      There is no probable cause to issue a certificate of appealability.

5.      The clerk is directed to mark this case **CLOSED**.

BY THE COURT

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Since Mr. Davis has not filed objections, I need only give some reasoned consideration to the report and recommendation. <u>Henderson v. Carlson</u>, 812 F.2d 874, 878 (3d Cir. 1987). Mr. Davis has not exhausted his state court remedies; therefore, I find that Judge Sitarski's report and recommendation is well reasoned and free of clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note.